UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WANGSHUO QI,<br><br>                    Plaintiff,<br><br>            v.<br><br>ELISABETH YANG, DAN TOCHTERMAN, KATHERINE DEMACOPOULOS, NYU LANGONE HEALTH SYSTEM, AUSTIN BENDER, MATTHEW BIANCO, STEVE RITEA, MARY A REMENTILLA, SCOTT MELLYNCHUK, BETH COOPER, ELIZABETH M GOLDEN, DEBBIE COHN, ABC CORPORATIONS 1-3, and JOHN DOES 1-3,<br><br>                    Defendants. | No.  26-CV-251 (RA)<br><br>ORDER AND NOTICE<br>OF INITIAL CONFERENCE |

RONNIE ABRAMS, United States District Judge:

      This case has been assigned to me for all purposes.  It is hereby:

      ORDERED that, by February 13, 2026, Defendants shall submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

    1.    A brief description of the nature of the action and the principal defenses thereto;

    2.    A brief explanation of why jurisdiction and venue lie in this Court.  If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business.  If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

    3.    A brief description of all contemplated and/or outstanding motions;

    4.    A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

Plaintiff may also submit a letter but is not required to do so. As noted in the attached Special Rules & Practices in Civil *Pro Se* Cases, all communications with the Court by a *pro se* party must be sent to the Pro Se Intake Unit located at 500 Pearl Street, Room 205, New York, NY, 10007.

IT IS FURTHER ORDERED that, by February 13, 2026, Defendants shall submit to the Court a proposed case management plan and scheduling order. A template for the order is available at https://nysd.uscourts.gov/hon-ronnie-abrams. The status letter and the proposed case management plan should be filed electronically, consistent with the Court's Electronic Case Filing (ECF) Rules & Instructions, which are available at https://nysd.uscourts.gov/rules/ecf-related-instructions. Prior to submitting the proposed order, Defendants shall make reasonable efforts to confer with Plaintiff regarding its proposal. Defendants shall indicate in its proposed case management plan and scheduling order whether Plaintiff agrees with the proposal. If Plaintiff disagrees with Defendants' proposal, he may, if he wishes to do so, submit a separate proposed case management plan and scheduling order, also by no later than February 13, 2026. Please consult my Individual Rules and Practices with respect to communications with Chambers and related matters.

IT IS FURTHER ORDERED that Plaintiff and counsel for Defendants appear for an initial status conference on February 20, 2026 at 2:30 p.m. The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference:

Call-in Number: (855) 244-8681; Meeting ID: 23055424735. This conference line is open to the public.

Plaintiff is advised that, to the extent he wishes to consult with the City Bar Justice Center's clinic for *pro se* litigants, he may do so by visiting its website at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project, or by calling (212) 382-4794. This clinic, which is neither part of nor run by the Court, assists *pro se* litigants with federal civil cases.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: January 14, 2026
        New York, New York

                                             Ronnie Abrams
                                             United States District Judge