UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WANGSHUO QI,<br><br>     Plaintiff,<br><br>    v.<br><br>ELISABETH YANG, DAN TOCHTERMAN, KATHERINE DEMACOPOULOS, NYU LANGONE HEALTH SYSTEM, AUSTIN BENDER, MATTHEW BIANCO, STEVE RITEA, MARY A REMENTILLA, SCOTT MELLYNCHUK, BETH COOPER, ELIZABETH M GOLDEN, DEBBIE COHN, ABC CORPORATIONS 1-3, and JOHN DOES 1-3,<br><br>     Defendants. | No.  26-CV-251 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  As previously ordered, the Court held an initial pre-trial conference in this action at 2:30 p.m. today.  Plaintiff failed to appear at the conference.  It is Plaintiff's duty to follow the Court's orders, and failure to do so again may result in the dismissal of this case.  *See* Fed. R. Civ. P. 41(b).

  In an effort to ensure Plaintiff was aware of today's conference, the Court asked the defense counsel whether he was in contact with Plaintiff.  Counsel responded that he had emailed a copy of Defendants' proposed case management plan to Plaintiff, and that Plaintiff had confirmed receipt of the email and indicated that he might be seeking to file this action in another jurisdiction.

  Plaintiff shall promptly notify the Court whether he still intends to pursue this case before this Court.  If Plaintiff fails to do so by March 13, 2026, this action will be dismissed without prejudice.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:   February 20, 2026
         New York, New York

_____
Ronnie Abrams
United States District Judge